## SUPERIOR COURT.

### FLEURY agt. BROWN.

*July Term*, 1852. This was a similar motion to the preceding case of Fleury agt. Roger. The complaint was on a promissory note, with allegations similar to those in that case.

The answer alleged that the defendant had been informed and believed that the plaintiff had passed away the note, &c., and was not now the lawful holder and owner, &c. The pleadings were verified.

J. B. COPPINGER, *for Motion.*

J. F. ROBINSON, *Opposed.*

BOSWORTH, J.—Decided this motion in the same way—ordered the answer to be stricken out, with $10 costs.